IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CHARLES M. SHEAFF                                                                         PLAINTIFF

VS.                                          CASE No. 09-1018

MAGNOLIA HOSPITAL FOUNDATION, INC.
d/b/a MAGNOLIA CITY HOSPITAL                                                    DEFENDANT

### AFFIDAVIT OF SERVICE OF PROCESS

Comes now Floyd M. Thomas, Jr., attorney for Charles M. Sheaff, plaintiff herein, and states that he has caused the Summons and Complaint to be served on the defendant, Magnolia Hospital Foundation, Inc. d/b/a Magnolia City Hospital, by serving its Director, Julia Whitehead, its President, Molly Burns, and its Administrator, Terry L. Amstutz, by personal service by process server on each on April 6, 2009. Copies of each Summons and Return of Service evidencing this service are attached hereto as Exhibits A, B and C.

Respectfully submitted,

COMPTON, PREWETT, THOMAS & HICKEY, L.L.P
423 North Washington
El Dorado, AR 71730-5615
Phone: 870-862-3478
Fax: 870-862-7228
Email: floyd@eldolaw.com

By:   /s/ Floyd M. Thomas, Jr. (AR Bar #74145)
      Attorney for Plaintiff

SUBSCRIBED AND SWORN to before me, a notary public in and for Union County, Arkansas, on this the 7th day of April, 2009.

_____
Notary Public

(SEAL)

My Comm. Expires: 8-10-2015